UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Teligades,

                        Plaintiff,                        **ORDER**

      -against-                                20 Civ. 131 (CS)(AEK)

Putnam Northern Westchester BOCES, et al.,

                       Defendants.
-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter, which had been referred to Magistrate Judge Lisa Margaret Smith for settlement, was reassigned to the undersigned on October 19, 2020. The parties are hereby directed to confer and inform the Court, in a letter to be submitted no later than November 13, 2020, whether or not they wish to schedule a second settlement conference in December 2020, after the scheduled completion of depositions but before the parties' next conference with Judge Seibel.

Dated: October 27, 2020
       White Plains, New York

                                              **SO ORDERED.**

                                           */s/ Andrew Krause*
                                           ANDREW E. KRAUSE
                                           United States Magistrate Judge